**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

MARY BETH HEINERT and RICHARD
H SCHULTZ, JR. ,

        Plaintiffs,

v.                             Case No:  5:18-cv-324-Oc-40PRL

BANK OF AMERICA, N.A., PERRY
SANTILLO, CHRISTOPHER PARRIS,
PAUL ANTHONY LAROCCO, JOHN
PICCARRETO and THOMAS
BRENNER,

        Defendants.
_____/

**ORDER**

Defendant Bank of America, N.A.'s Motion to Dismiss the Plaintiffs' Amended Complaint (Doc. 50), filed October 26, 2018, in this case is hereby referred to the Magistrate Judge for ruling, or if necessary, issuance of a Report and Recommendation.

**DONE AND ORDERED** in Orlando, Florida on November 19, 2018.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties