UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO. 18-cv-00324-PGB-PRL

MARY BETH HEINERT and RICHARD
H. SCHULTZ, JR., on behalf of themselves
and all others similarly situated,

    Plaintiffs,

v.

BANK OF AMERICA, N.A., PERRY SANTILLO,
CHRISTOPHER PARRIS, PAUL ANTHONY
LAROCCO, JOHN PICCARRETO, and
THOMAS BRENNER.

    Defendants.

_____/

**CLASS ACTION**

### NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs Mary Beth Heinert and Richard H. Schultz, Jr. hereby voluntarily dismiss the above-styled action without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendants have not yet served an answer or a motion for summary judgment in this action.

Respectfully submitted this 30th day of November, 2018.

| | |
|---|---|
| By: /s/ *Harley S. Tropin*<br>Harley S. Tropin, Esq. (Trial Counsel)<br>Florida Bar No. 241253<br>hst@kttlaw.com<br>Tal J. Lifshitz, Esq.<br>Florida Bar No. 99519<br>tjl@kttlaw.com<br>Robert J. Neary, Esq.<br>Florida Bar No. 81712<br>rn@kttlaw.com<br>**KOZYAK TROPIN & THROCKMORTON LLP**<br>2525 Ponce de Leon Blvd., 9th Floor<br>Coral Gables, FL 33134<br>Tel: (305) 372-1800/Fax: (305) 372-3508<br><br>*Counsel for Plaintiffs* | George Franjola, Esq.<br>Florida Bar No. 333271<br>gfranjola@ocalalaw.com<br>**GILLIGAN, GOODING, FRANJOLA<br>   & BATSEL, P.A.**<br>1531 SE 36th Ave.<br>Ocala, FL 34471<br>Telephone:   (352) 867-7707<br>Facsimile:   (352) 867-0237<br><br>*Counsel for Plaintiffs* |

| | |
|---|---|
| Vincent A. Citro, Esq.<br>Florida Bar No. 0468657<br>**LAW OFFICES OF HORWITZ & CITRO, P.A.**<br>17 East Pine Street<br>Orlando, FL 32801<br>Telephone:    (407) 843-7733<br>Facsimile:    (407) 849-1321<br>vince@horwitzcitrolaw.com<br>*Counsel for Plaintiffs* | |

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was filed electronically via CM/ECF on this 30th day of November, 2018, and served by the same means on all counsel of record.

By: /s/ *Harley S. Tropin*