# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

MARY BETH HEINERT and RICHARD H SCHULTZ, JR.,

      Plaintiffs,

v.    Case No: 5:18-cv-324-Oc-40PRL

BANK OF AMERICA, N.A., PERRY SANTILLO, CHRISTOPHER PARRIS, PAUL ANTHONY LAROCCO, JOHN PICCARRETO and THOMAS BRENNER,

      Defendants.

## ORDER

This cause comes before the Court on review of Plaintiff's Notice of Voluntary Dismissal without Prejudice (Doc. 63) filed November 30, 2018, 2016.   The notice is self-executing pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).   *See Matthews v. Gaither*, 902 F.2d 877, 880 (11th Circ. 1990) (per curiam).   The Clerk is **DIRECTED** to close the file.

**DATED** in Orlando, Florida, this 3rd day of December 2018.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party